## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RUSSELL GEORGE VULPIO

           Debtor(s)               CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
           Movant

        vs.

        RUSSELL GEORGE VULPIO       CASE NO: 4-19-01707-RNO

           Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE
### FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on May 10, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)      A Petition under Chapter 13 was filed on April 23, 2019.

2)      The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

           Respectfully Submitted,

           s/   Charles J. DeHart, III
           Charles J. DeHart, III, Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           Email: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RUSSELL GEORGE VULPIO          CHAPTER 13

                                         CASE NO: 4-19-01707-RNO

                    Debtor(s)


## **NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.   The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C.  Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before **May 31, 2**019 and serve a copy on the movant and counsel.  Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.


                                        Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097

Dated:  May 10, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    RUSSELL GEORGE VULPIO

                Debtor(s)

CHAPTER 13

CASE NO: 4-19-01707-RNO

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 10, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PRO SE                                           Served electronically
,

United States Trustee
228 Walnut Street
Suite 1190                                       Served electronically
Harrisburg, PA  17101

RUSSELL GEORGE VULPIO
369 YORK AVENUE
TOWANDA, PA  18848                    Served by 1ST class mail


I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 10, 2019                     <u>Vickie Williams</u>
                                        for Charles J. DeHart, III, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: dehartstaff@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RUSSELL GEORGE VULPIO

                    Debtor(s)                              CHAPTER 13

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                    Movant                                CASE NO: 4-19-01707-RNO

            vs.

            RUSSELL GEORGE VULPIO                          MOTION TO DISMISS

                    Respondent(s)


### ORDER DISMISSING CASE


      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.