```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01707-RNO
Russell George Vulpio                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: MMchugh           Page 1 of 1           Date Rcvd: May 23, 2019
                            Form ID: ntnew341       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db              +Russell George Vulpio,    369 York Avenue,    Towanda, PA 18848-2016
5189184         +DITECH FINANCIAL, LLC,    P.O. BOX 6176,    RAPID CITY 57709-6176
5189186          PHELAN HALLINAN AND SCHMIEG, LLP,    617 AVENUE F , SUITE 1400,    FEASTERVILLE-TREVOSE, PA 19053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5189185         +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 19:07:00      SYNCHRONY BANK,   P.O. BOX 41021,
                 NORFOLK, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5189183*        +RUSSELL GEORGE VULPIO,    369 YORK AVENUE,    TOWANDA, PA 18848-2016
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James     Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Russell George Vulpio,  Chapter 13

**Debtor 1**

Case No.  4:19−bk−01707−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Location | Date/Time |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: July 1, 2019<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
228 Walnut St, Rm320, Harrisburg, PA 17101
570−831−2500/717−901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Date: May 23, 2019

ntnew341 (04/18)