```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01707-RNO
Russell George Vulpio                                               Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: MMchugh              Page 1 of 1           Date Rcvd: May 29, 2019
                             Form ID: ordsmiss          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db              +Russell George Vulpio,    369 York Avenue,    Towanda, PA 18848-2016
5189184         +DITECH FINANCIAL, LLC,    P.O. BOX 6176,    RAPID CITY 57709-6176
5189186          PHELAN HALLINAN AND SCHMIEG, LLP,    617 AVENUE F , SUITE 1400,    FEASTERVILLE-TREVOSE, PA 19053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5189185         +EDI: RMSC.COM May 29 2019 23:38:00       SYNCHRONY BANK,    P.O. BOX 41021,
                  NORFOLK, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5189183*        +RUSSELL GEORGE VULPIO,   369 YORK AVENUE,   TOWANDA, PA 18848-2016
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Russell George Vulpio,                      Chapter     13

    **Debtor 1**

                                          Case No.     4:19–bk–01707–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 29, 2019                                 By the Court,

                                                            *Robt N. Opel II* (signature)

                                                            Honorable Robert N. Opel, II
                                                            United States Bankruptcy Judge
                                                             By: MMchugh, Deputy Clerk

ordsmiss (05/18)